U.S. Bank, N.A.
15480 Laguna Canyon Road, Suite 100
Irvine, CA  92618